IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| FERNANDO PUJALT-LEON, | : | Civil Action No. 3:12-CV-1193 |
|---|---|---|
| Plaintiff, | : | (Judge Brann) |
| v. | : | |
| ERIC HOLDER,<br>JANET NAPOLITANO,<br>JOHN MORTON,<br>THOMAS L. DECKER,<br>and DANIEL M. RENAUD | : | |
| | : | (Magistrate Judge Blewitt) |
| Defendants. | : | |

**ORDER**

May 21, 2013

**BACKGROUND:**

The undersigned has given full and independent consideration to the thorough December 5, 2012 report and recommendation of Magistrate Judge Thomas M. Blewitt. ECF No. 24. Plaintiff and Defendants filed responses to the report and recommendation.

Because this Court agrees with Judge Blewitt's thorough analysis, and all objections were already addressed by the report and recommendation, the Court will not rehash the sound reasoning of the magistrate judge and will adopt the report and recommendation in its entirety.

**NOW, THEREFORE, IT IS HEREBY ORDERED THAT:**

1. United States Magistrate Judge Thomas M. Blewitts's Report and Recommendation is ADOPTED in full. December 5, 2012 ECF No. 24.

2. Defendants' Motion to Dismiss is GRANTED. October 22, 2012, ECF No. 20.

3. Plaintiff's Motion for Subpoenas Duces Tecum is DENIED. November 13, 2012, ECF No. 22

4. The action is dismissed with prejudice.

5. The clerk is directed to close the case file.

                                        s/ Matthew W. Brann
                                        Matthew W. Brann
                                        United States District Judge